

# COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER

Appellate case name:      In re Reliable Commercial Roofing Services, Inc., Relator

Appellate case number:    01-15-00450-CV

Trial court case number:  2014-41970

Trial court:                     125th Judicial District Court of Harris County

On May 14, 2015, the relator, Reliable Commercial Roofing Services, Inc., filed a petition for a writ of mandamus seeking to vacate the respondent trial court's two orders denying the relator's motion for a medical examination of the real party in interest, Ken Presson. On May 19, 2015, this Court requested a response to the mandamus petition by the real party in interest. On May 21, 2015, the relator filed a motion for a stay of the underlying proceedings pending resolution of its mandamus petition, contending that trial is set for October 21, 2015, but that a stay is necessary to maintain the status quo of the parties and to preserve this Court's jurisdiction to consider the petition. No response has been filed to the motion to stay or petition by the real party in interest.

Accordingly, we **grant** the relator's motion and **ORDER** that all of the underlying proceedings in the above-referenced trial court cause number are **stayed**. *See* TEX. R. APP. P. 52.10(b). This stay is effective until the mandamus petition in this Court is finally decided or this Court otherwise orders the stay lifted. *See id.* Any party may file a motion for reconsideration of the stay. *See id.* at 52.10(c).

It is so ORDERED.


Judge's signature: _/s/ Laura Carter Higley
                              ☒ Acting individually      ☐ Acting for the Court

Date: June 2, 2015